**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Veteran Holdings NY LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-4028738 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **670 Myrtle Avenue**<br>**Suite 351**<br>**Brooklyn, NY 11205**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Veteran Holdings NY LLC**     Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Veteran Holdings NY LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Veteran Holdings NY LLC**     Case number (*if known*) _____
   Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Veteran Holdings NY LLC**                                Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 12, 2022**
              MM / DD / YYYY

X **/s/ Pearl Schwartz**                                          **Pearl Schwartz**
  Signature of authorized representative of debtor                Printed name

Title  **Trustee, South to East 2021 Trust, Managing Member**

**18. Signature of attorney**

X **/s/ FRED B. RINGEL**                                          Date **January 12, 2022**
  Signature of attorney for debtor                                     MM / DD / YYYY

**FRED B. RINGEL**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 603-6300**        Email address

Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:  Chapter 11

**VETERAN HOLDINGS NY LLC,**  Case No.:

Debtor.

----------------------------------------------------------X

# CERTIFICATION OF RESOLUTION

I, the undersigned, Pearl Schwartz, as trustee of the South to East 2021 Trust, managing member of Veteran Holdings NY LLC("Company"), do hereby certify that at a meeting of the Company duly called and held on **January 12, 2022**, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

>"**RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

>"**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Pearl Schwartz is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further

>"**RESOLVED,** that Pearl Schwartz, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this

{01130325.DOC;1 }

12th day of **January, 2022**.

        **VETERAN HOLDINGS NY LLC**
        **By:  SOUTH TO EAST 2021 TRUST,**
        **Managing Member**

        **By:  Pearl Schwartz**
        **Trustee**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                              Chapter 11

**VETERAN HOLDINGS NY LLC,**                                 Case No.:

                                                                                       Debtor.
---------------------------------------------------------X

## DECLARATION PURSUANT
## TO LOCAL RULE 1007-2

STATE OF NEW YORK   )
                                        ) ss:
COUNTY OF NEW YORK       )

**Pearl Schwartz**, hereby declares under penalty of perjury that the following statements are true and correct:

1. I am the trustee of the South to East 2021 Trust, managing member of Veteran Holdings NY LLC ("Debtor"), and am fully familiar with the facts set forth herein.

2. I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

3. The Debtor is a limited liability company currently under contract, via an assignment, to purchase the real property located at 2925-2965 Veteran Roads West, Staten Island, New York ("Property"). The Property is currently owned by Veteran Road Holdings, LLC ("Seller"). Seller and Alpha Equity Group, LLC (Alpha") entered into the Contract of Sale dated November 1, 2021(the "Contract")

to sell the Property for a purchase price of $47,000,000. The Contract was subsequently amended to substitute the Debtor as the purchaser and reduce the purchase price to $45,600,000.

4. The Debtor is filing this chapter 11 case to avoid defaulting under the contract to acquire the Property and potentially lose its rights, including its contract deposit. The Debtor intends on acquiring financing to assume the contract under section 365 of the Bankruptcy Code and thereby close on the acquisition of the Property.

5. No pre-petition committee was organized prior to the Order for relief.

6. No property of the Debtor is in the possession and control of a receiver.

7. The purpose of filing this petition is to preserve the assets of the Debtor and be in a position to close on the Contract within 60 days from the Petition Date.

Dated: January 12, 2022

                            **VETERAN HOLDINGS NY LLC**
                            **By: SOUTH TO EAST 2021 TRUST,**
                            **Managing Member**

                            **By: /s/ Pearl Schwartz**
                            **Trustee**

**United States Bankruptcy Court**
**Eastern District of New York**

| | | |
|---|---|---|
| In re | **Veteran Holdings NY LLC** | Case No. |
| | Debtor(s) | Chapter  **11** |

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **January 12, 2022**        /s/ Pearl Schwartz
　　　　　　　　　　　　　　　　　**Pearl Schwartz/Trustee, South to East 2021 Trust, Managing Member**
　　　　　　　　　　　　　　　　　Signer/Title

Date:  **January 12, 2022**        /s/ FRED B. RINGEL
　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　**FRED B. RINGEL**
　　　　　　　　　　　　　　　　　**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
　　　　　　　　　　　　　　　　　**875 THIRD AVENUE**
　　　　　　　　　　　　　　　　　**New York, NY 10022**
　　　　　　　　　　　　　　　　　**(212) 603-6300**

CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007


FC NOTES SVC, LLC
4403 15th Avenue
Suite 137
Brooklyn, NY 11219


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


JBBNY LLC
4403 15th Avenue
Suite 137
Brooklyn, NY 11219


NY STATE DEPT. OF FINANCE
ATTN:  BANKRUPTCY SPECIAL
PO BOX 5300
Albany, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
Brooklyn, NY 11201


Office of Abraham Neuhaus
124 Benjamin Street
Toms River, NJ 08755


OFFICE OF THE ATTY GEN
28 Liberty St.
New York, NY 10005


Oritlow Services Inc.
5308 13th Avenue
Suite 593
Brooklyn, NY 11219


Rosenberg & Steinmetz PC
181 S Franklin Avenue
Suite 604
Valley Stream, NY 11581

```
South to East 2021 Trust
670 Myrtle Avenue
Suite 5151
Brooklyn, NY 11205


US ATTY OFFICE - EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
ATTN:  ARTEMIS LEKAKIS
Brooklyn, NY 11201


Veterans Road Holdings
362 ST. Mark's Place
Staten Island, NY 10301
```