**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

**875 THIRD AVENUE, 9TH FLOOR**

**NEW YORK, NEW YORK 10022**

**(212) 603-6300**

**FAX (212) 956-2164**

February 10, 2022

Fred B. Ringel
(212) 603-6300
fbr@robinsonbrog.com

**VIA ECF**
Honorable Elizabeth S. Stong
United States Bankruptcy Court,
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

        Re:    <u>Veteran Holdings NY LLC, Chapter 11 Case No. 22-40052 (ESS)</u>

Dear Judge Stong:

      This letter confirms that the time for the hearing on Veteran Holdings NY LLC's (a) Motion for Order (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on Debtor's Motion for an Order Approving Disclosure Statement and Confirming Debtor's Plan of Reorganization (ECF Doc. 20) ("Motion for Approval") and (b) Motion Pursuant to Bankruptcy Rule 9006(c) for Order Shortening Notice on the Motion for Approval (ECF Doc. 21) has been rescheduled from February 15, 2022 at 10:30 a.m. to February 15, 2022 at 10:00 a.m.

      Please have your chambers contact me with any questions.

                                                Respectfully submitted,

                                                /s/ Fred B. Ringel
                                                Fred B. Ringel