# EXHIBIT A – AMENDED PLAN OF REORGANIZATION

FILED UNDER SEPARATE COVER
AS ECF DOC. NO. 28