# **EXHIBIT D**



**Judy Minster**

https://www.linkedin.com/in/judy-minster-0645b910b

www.joylandmgmt.com

**CEO of Joyland Management**

In many ways, Judy Minster *is* Joyland Management. The firm's property manager initially worked for us several years ago, on a project supervising construction on an eight-unit property. "After putting so much effort into the construction of the building, I wanted to make sure it would be managed right. So, I stayed on. That's how Joyland Management was born." says Judy, who's taken on more responsibility with each successive year. Today her workflow includes researching potential new projects, inspecting all construction jobs, and reviewing rental applications, leases, deeds and contracts, as well as signing off on all expenses. She serves as a liaison with owners and partners, keeping apprised of their concerns, and ensuring smooth interactions.  She also handles all of the arduous and irksome aspects of management, i.e., Refinance, Foreclosures, Evictions, Violations, Annual Filings and numerous additional components of the business.

Joyland Management portfolio consists or Residential, Commercial and Mixed-Use Buildings.

Joyland has over 1,000 residential units and 40 Commercial tenants with an annual billing of over 25Million.

Joyland Management is proud to be a woman owned and run company.