**ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                  Chapter 11

**VETERAN HOLDINGS NY LLC,**                    Case No: 22-40052 (ESS)

                                   Debtor.
-----------------------------------------------------------X

# CERTIFICATE OF SERVICE

TINA FOGEL, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

2. On the **17th day** of **February, 2022**, I caused to be served:

● NOTICE OF PROPOSED ORDER;

● PROPOSED ORDER AUTHORIZING RETENTION OF THE LAW OFFICE OF ABRAHAM NEUHAUS LLC AS SPECIAL REAL ESTATE COUNSEL TO THE DEBTOR;

● APPLICATION OF THE DEBTOR PURSUANT TO 11 U.S.C. §327(e) AND FED. R. BANKR. P. 2014 TO RETAIN THE LAW OFFICE OF ABRAHAM NEUHAUS LLC AS SPECIAL REAL ESTATE COUNSEL TO THE DEBTOR; and

● DECLARATION OF ABRAHAM NEUHAUS IN SUPPORT OF APPLICATION OF THE DEBTOR PURSUANT TO SECTION 327(e) OF THE

BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETIAN THE LAW OFFICE OF ABRAHAM NEUHAUS LLC AS SPECIAL REAL ESTATE COUNSEL TO THE DEBTOR

*VIA FIRST CLASS MAIL* upon all parties on the attached Service List by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**Dated:**  February 17, 2022

/S/TINA FOGEL
**TINA FOGEL**

**Veteran Holdings Service List as of 2/17/22**

CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007

FC NOTES SVC, LLC
4403 15th Avenue, Suite 137
Brooklyn, NY 11219

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346

JBBNY LLC
4403 15th Avenue, Suite 137
Brooklyn, NY 11219

NY STATE DEPT. OF FINANCE
ATTN: BANKRUPTCY SPECIAL PROCEDURES
PO BOX 5300
Albany, NY 12205

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
Brooklyn, NY 11201

Office of Abraham Neuhaus
124 Benjamin Street
Toms River, NJ 08755

OFFICE OF THE ATTY GENERAL
28 Liberty Street
New York, NY 10005

Oritlow Services Inc.
5308 13th Avenue, Suite 593
Brooklyn, NY 11219

Rosenberg & Steinmetz PC
181 S Franklin Avenue, Suite 604
Valley Stream, NY 11581

South to East 2021 Trust
670 Myrtle Avenue, Suite 5151
Brooklyn, NY 11205

US ATTY OFFICE - EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
ATTN: ARTEMIS LEKAKIS
Brooklyn, NY 11201

Veterans Road Holdings
362 ST. Mark's Place
Staten Island, NY 10301

Jeremy Sussman, Esq.
OFFICE OF THE U.S. TRUSTEE
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Jay Meyers, Esq.
J. Meyers, PLLC
10055 Yamato Rd, Suite 110
Boca Raton, FL  33498

Mark S. Piazza, Esq.
Jacobi, Sieghardt, Bousanti, Piazza & Fitzpatrick, PC
235 Forest Ave
Staten Island, NY 10301

Vincent J. Roldan, Esq.
MANDELBAUM BARRETT PC
3 Becker Farm Road
Roseland NJ 07068