ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                              Chapter 11

**VETERAN HOLDINGS NY LLC,**               Case No: 22-40052 (ESS)

                                  Debtor.
---------------------------------------------------------X

## ADDITIONAL DISCLOSURES REGARDING PARTIES IN INTEREST

I.     **DISCLOSURES RELATED TO JOEL WERTZBERGER**

     1.     Pearl Schwartz, the trustee of South to East[1] is the sister of Joel Wertzberger who is an individual business investor. Mr. Wertzberger also has an interest in JBBNY LLC, a secured creditor in the Debtor's case, and FC Notes SVC, LLC, an unsecured creditor in the Debtor's case. Because of the second degree family relationship, Mr. Wertzberger an "insider" in the Debtor's case.

II.    **DISCLOSURES RELATED TO VETERANS CENTER**

     2.     Jack Wolcowitz is the sole member of Veterans Road.

     3.     Jack Wolcowitz is currently involved in a holding company called Hamilton Eastman. Joel Wertzberger, who holds the title of CEO of Hamilton

---

[1] Capitalized terms used but not otherwise herein defined have the same meanings ascribed to such terms in the Third Amended Plan of Reorganization.

Eastman, owns 99% of that entity, Jack Wolcowitz, who holds the title of COO, owns 1% of the company. Through Hamilton Eastman, Wertzberger and Wolcowitz have invested in two other private companies, AOF Klickly LLC in which Wertzberger and Wolcowitz each own 45% of the entity and Angels on Fire LLC in which Wertzberger owns 81.82% and Wolcowitz owns 18.18%. Separately, Wertzberger and Wolcowitz were involved in a property development company known as Prospect Developers LLC in which they each owned 33.3% of the membership interests.

4. Wertzberger and Wolcowitz have invested in several real estate projects together as follows:[2]

| Entity | Property | Wertzberger Interest | Wolcowitz Interest | Minster Interest |
|---|---|---|---|---|
| 18 Cooper LLC | 919 Rockaway | 64% | 6% | |
| 220 Holdings LLC | 712/714 East 220th Street, Bronx | 33.33% | 28.33% | |
| 277 Bedford LLC | 277 Bedford Ave Brooklyn, NY | 49.5% | 0.50% | |
| 716 East 234th Street LLC | 716 East 234 St Bronx, NY | 65% | 12.5% | 12.5% |
| 920 Manager LLC | ground lease for 720 72nd St Brooklyn, NY | 45% | 5% | |
| 1920 Loring LLC | 1 920 Loring Ave Bronx NY | 33% | 16.67% | |
| Arnow & Grace LLC | 6 Properties in Bronx NY | 30% | 10% | 10% |
| Bainbridge | 2 properties | 23% | 6% | |

---

[2] Judy Minster, whose connections to this case are disclosed below, has an interest in three of these investments. They are indicated in this chart for purposes of efficiency.

{01139274.DOC;1 }

| | | | | |
|---|---|---|---|---|
| BX LLC | on Bainbridge Ave | | | |
| Boston Corner Crotona LLC | 1384-1390 Boston Road, in Bronx, NY | 17.5% | 10.5% | |
| Brooks Family Holdings LLC | 183-01 141st Ave Jamaica, NY | 27% | 6% | |
| Haverstraw Joyland OZ LLC | owns Haverstraw Joyland QOB | 75% | 25% | |
| owns Haverstwaw Joyland QOB | Owns 120 Rockland Holdings LLC | | 1% | |
| Hempstead Property LLC | 152 W Graham Ave, Hempstead NY | 55% | 45% | |
| Mulberry JD LLC | 30-40 Mulberry Street, Middletown NY | 50% | 20% | |
| 38 Stratford Holdings LLC | 38 Stratford Place, Brooklyn, NY | 70% | 10% | |
| Arthur Joyjack Holdings LLC | Ground Lease 1910 Arthur Avenue, Bronx NY | 51% | 15% | |

### III. DISCLOSURES RELATED TO JUDY MINSTER

5.  Veterans Center has indicated that it intends to bring Joyland Management in as the property manager of the Property in the event it is the successful purchaser of the Property. Based on the documentation provided to the Debtor by Veterans Center, Joyland is a company owned 100% by Judy Minster ("Minster"). Minster is the wife of Jack Wolcowitz.