UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Chapter 11

Case No.: 22-40052(ESS)

-------------------------------------------------X

In Re:

VETERAN HOLDINGS NY LLC

        Debtor.

-------------------------------------------------X

### DECLARATION OF JOEL LEIFER

I, Joel Leifer, declare, certify, verify and/or state under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. §1746, as follows:

1. I submit this Declaration to provide support for the ability of Veterans Road Center LLC to close the transaction described in the Third Amended Disclosure Statement filed by the debtor Veteran Holdings NY LLC (the "Debtor") on or about February 16, 2022.
2. I have personal knowledge of the matters set forth herein.
3. Attached as Exhibit A is my correspondence confirming that I intend to invest in Veterans Road Center LLC.
4. I have liquid assets as stated in the correspondence referenced in Exhibit A.
5. Provided I receive a signed confidentiality agreement, I am willing to show parties proof of these liquid assets.
6. I have no family relationship or business connections to the Debtor or Pearl Schwartz.

7. For purposes of disclosure, Joel Wertzberger, Jack Wolcowitz, Judy Minster, and/or I have invested in several real estate projects as follows:

| Entity | Property | Joel Wertzberger Interest | Jack Wolcowitz Interest | Judy Minster Interest | Joel Leifer Interest |
|---|---|---|---|---|---|
| 1920 Loring LLC | 1920 Loring Ave Bronx NY | 33% | 16.67% | | 50% |
| Arnow & Grace LLC | 6 Bronx properties | 30% | 10% | 10% | 50% |
| Boston Corner Crotona LLC | 1384-1390 Boston Road, in Bronx, NY | 17.50% | 10.50% | | 32% |
| 77 Stuben Equities LLC | 77 Steuben Street Brookyn, NY | 27.5% | | | 12.50% |
| 1262 Broadway Equities LLC | 1262 Broadway Brookyn, NY | 42.50% | | | 12.50% |
| Joyland Special Fund | 353 Berry Street, Brooklyn, NY | 50% | | | 50% |
| 575 Jackson Ave LLC | 575 Jackson Avenue, Bronx, NY | 38% | | | 2.50% |
| Kingston Corner Midwood | 550 Kingston Avenue Brooklyn, NY | 37.50% | | | 12.50% |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

February __, 2022
Brooklyn, NY

_____
Joel Leifer

# Vincent J. Roldan

**From:** Jack Wolcowitz <jack11230@gmail.com>
**Sent:** Thursday, February 17, 2022 2:26 PM
**To:** Vincent J. Roldan
**Subject:** Fwd: Joel Leifer

> **Caution:** External eMail

---------- Forwarded message ---------
From: **Joel Leifer** <jlsicc@gmail.com>
Date: Thu, Feb 17, 2022 at 2:28 PM
Subject: Joel Leifer
To: Jack Wolcowitz <jack11230@gmail.com>

I control and am signatory on the accounts ending in 539 and 540 held at Merrill that are represented on the attached statement and I intend on investing with Veterans Center to acquire the equity in Veterans Holding NY LLC and will use $8,000,000 from the funds in these accounts towards my investment.

Joel Leifer